1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

8 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGAN ROSE REYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALBERTO R. GONZALES, Attorney General, Department of Justice; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; DAVID N. STILL, District Director of the United States Citizenship and Immigration Services, San Francisco District Office; and the UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　　Defendants. | No. C 06-7054 PJH<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

　　Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

　　Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C06-7054 PJH                                                    1

| | |
|---|---|
| Dated: January 11, 2007 | Respectfully submitted,<br><br>KEVIN V. RYAN<br>United States Attorney<br><br>*/s/*<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorney for Defendants |
| Dated: January 11, 2007 | *See fax signature*<br>LISA D. DUBOWSKI<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
PHYLLIS J. HAMILTON
United States District Judge

1 | Dated: January ____, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

Dated: January ____, 2007

*/s/ Lisa Dubowski*
LISA D. DUBOWSKI
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 1/12/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stip. to Dismiss
C06-7054 PJH

2